**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Sankona Graham,<br><br>     Plaintiff(s),<br><br>v.<br><br>County of Nye, et al.,<br><br>     Defendant(s). | Case No. 2:26-cv-00136-GMN-NJK<br><br>**Order** |

Plaintiff has neither paid the full $405 filing fee for this case nor submitted a completed application to proceed *in forma pauperis* on the approved form. *See* 28 U.S.C. §§ 1914, 1915(a)(1)–(2); L.S.R. 1-2. The Clerk's Office will send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate in NDOC custody and instructions for the same. No later than February 13, 2026, Plaintiff must pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis*, which includes pages 1–3 of the Court's approved form and is properly signed by Plaintiff on page 3. This action may be dismissed without prejudice if Plaintiff fails to timely comply with this order.

IT IS SO ORDERED.

Dated: January 23, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1