**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Sankona Graham,<br><br>    Plaintiff(s),<br><br>v.<br><br>County of Nye, et al.,<br><br>    Defendant(s). | Case No. 2:26-cv-00136-GMN-NJK<br><br>**ORDER** |

The order instructing partial payments be made by the prison has been returned as undeliverable. Docket No. 16 (returning Docket No. 8 as undeliverable). The Court **INSTRUCTS** the Clerk's Office to send a copy of this order and of the order at Docket No. 8 to the attention of **Chief of Inmate Services for the Nevada Department of Corrections** at formapauperis@doc.nv.gov.

IT IS SO ORDERED.

Dated: March 2, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1