**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Sankona Graham, | Case No. 2:26-cv-00136-GMN-NJK |
| Plaintiff(s), | **ORDER** |
| v. | [Docket No. 20] |
| County of Nye, et al., | |
| Defendant(s). | |

Pending before the Court is a filing submitted on a form for applications to proceed *in forma pauperis*. Docket No. 20. Although the top of this document bears this case's information, the caption identifies case number 2:26-cv-01856-RFB-EJY. *See id.* at 1. That case, however, was brought by a different plaintiff. As it is unclear what case Plaintiff meant to file this document in, it is hereby **STRICKEN**. Plaintiff must ensure that he clearly identifies the case information for all future filings.

IT IS SO ORDERED.

Dated: July 14, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1